# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3051

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Derrick Patterson, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 6, 2006
Filed: March 31, 2006

_____

Before WOLLMAN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Derrick Kim Patterson appeals his conviction for possession with intent to distribute cocaine base. He argues that the district court[1] abused its discretion in restricting cross-examination of the informant who testified against him. Having carefully reviewed the record and applicable law in this case, this court concludes that, even if there were error, it was harmless in light of the overwhelming evidence supporting the conviction. AFFIRMED. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.